FILED
March 12, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>       Plaintiff,  )<br>v.  )<br>  )<br>NAHEED KHAN,  )<br>       Defendant.  )<br>_____ ) | Case No. MAG. 09-0086-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release NAHEED KHAN, Case No. MAG. 09-0086-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $25,000.00.

    _X_   Unsecured Appearance Bond

    ___   Appearance Bond with Surety

    _X_   (Other) Conditions as stated on the record.

    ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  03/12/09  at 2:48 pm

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge